| | | | |
|---|---|---|---|
| AUSA: | Barbara Lanning | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Task Force Officer: Treva Eaton | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Anthony Showers

Case No.    Case: 2:22–mj–30291
Assigned To : Unassigned
Assign. Date : 7/4/2022
Description: CMP USA v. SHOWERS (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 1, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:
See attached AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_

Treva Eaton, Task Force Officer (ATF)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __July 4, 2022__

_Judge's signature_

City and state: __Detroit, Michigan__    Hon. Jonathan J.C. Grey, United States Magistrate Judge
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

### AFFIDAVIT IN SUPPORT OF
### AN CRIMINAL COMPLAINT

I, Treva L. Eaton, being first duly sworn, hereby state:

1. I am a Detroit Police Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a Detroit Police Officer since September 1996 and assigned to the ATF since May 2016. During my employment as a law enforcement officer, I have conducted and/or participated in numerous criminal investigations focused on firearms, firearms licensing, and narcotics violations.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

1

3. ATF is currently conducting a criminal investigation concerning Anthony Charles SHOWERS (B/M; DOB: XX/XX/1997) for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of Ammunition).

## **PROBABLE CAUSE**

4. I reviewed a computerized criminal history, Michigan Third Circuit Court records, and Eastern District of Michigan records for SHOWERS, which revealed the following felony convictions.

   a. On November 11, 2019, Showers pleaded guilty in Wayne County Third Circuit Court to one count of carrying a concealed weapon – attempt. SHOWERS was sentenced to serve a term of two years of probation, beginning on February 20, 2020.

   b. On December 3, 2019, SHOWERS was arrested by federal agents for possession of an unregistered short-barreled shotgun. SHOWERS pleaded guilty to this charge in the Eastern District of Michigan. On December 21, 2020, SHOWERS was sentenced to a term of 37 months' incarceration with the Federal Bureau of Prisons (BOP). SHOWERS is still in BOP custody in a residential reentry setting.

5. On July 1, 2022, at approximately 11:30 pm, Detroit Police officers in full uniform and in a semi-marked scout vehicle were on patrol near Lakepointe and Moross streets in Detroit, Michigan. The officers observed Anthony Charles

SHOWERS standing on the passenger side of a white vehicle parked in the street. As the officers got closer to SHOWERS, he began to walk away from the officers towards a house on Lakepointe. The officers observed a bulge in SHOWERS's right front pants pocket, which appeared to be a heavy item, consistent with being a firearm. The officers asked SHOWERS to stop, but SHOWERS refused and entered the house on Lakepointe. While outside the home, officers observed SHOWERS through a window in a room they later identified as a bedroom at the northeast corner of the house.

6. SHOWERS's mother was in the white vehicle parked on Lakepointe Street. After SHOWERS entered the house, officers spoke with SHOWERS's mother. SHOWERS mother indicated that she was the owner of the house on Lakepointe Street, and that SHOWERS was staying with her. SHOWERS mother confirmed she had access to all the rooms in the house and gave officers consent to search the house.

7. While searching the house, officers found four pistol magazines in an upstairs bedroom. The magazines included one black promag extended magazine, one black aftermarket magazine, and two silver and black Ruger pistol magazines. Officers found paperwork belonging to SHOWERS in the same room. Officers also located a clear bag containing 35 9mm live rounds of ammunition in the bedroom at the northeast corner of the house—the same room the officers

3

previously observed SHOWERS in while they were standing outside. Some of the ammunition bore head stamps for "BLAZER 9mm LUGER" and "SIG 9mm LUGER". During a post-*Miranda* statement, SHOWERS told officers the magazines were his, but qualified that they were for a firearm that he had been previously arrested with.

      8.      On July 3, 2022, ATF Interstate Nexus Expert, Special Agent Michael Parsons obtained images of the 9mm caliber ammunition bearing the head stamp "BLAZER 9mm LUGER" and the 9mm caliber ammunition bearing the head stamp "SIG 9mm LUGER" recovered by the Detroit Police Department on July 1, 2022. Special Agent Parsons advised that the ammunition is ammunition as defined under 18 U.S.C. § 921 and manufactured outside of the state of Michigan, and therefore has traveled in and affected interstate commerce.

## CONCLUSION

9. Based upon the aforementioned facts stated herein, there is probable cause to believe Anthony Charles SHOWERS (B/M; DOB: XX/XX/1997), a convicted felon aware of his felony convictions, did knowingly and intentionally possess 9mm caliber ammunition, said ammunition having affected interstate commerce, in violation of 18 U.S.C. 922(g)(1) (Felon in Possession of Ammunition). Said violation occurring on or about July 1, 2022, in the city of Detroit, in the County of Wayne, in the Eastern Judicial District of Michigan.

**Respectfully submitted,**

**Treva L. Eaton**
**Task Force Officer, ATF**

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Jonathan J.C. Grey
United States Magistrate Judge

Dated: July 4, 2022

5